# Court of Appeals
# of the State of Georgia

ATLANTA, July 25, 2017

*The Court of Appeals hereby passes the following order:*

**A17A0795.  ANDERSON v. JOHNSON, et al.**

We granted appellant's application for interlocutory appeal to review the trial court's denial of appellant's motion for partial summary judgment on the issue of punitive damages. After careful review of the record in this case, we conclude that the application for interlocutory appeal was improvidently granted, and it is ordered that this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 07/25/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*